**No. 46346.**—Protests 902532–G, etc., of Polan, Katz & Co. (Baltimore).

Opinion by KINCHELOE, J. It was stipulated that the merchandise in question consists of waterproof cloth in chief value of cotton the same as that the subject of *Caesar* v. *United States* (6 Cust. Ct. 455, C. D. 515). In accordance therewith the merchandise was held dutiable at either 30 or 25 percent ad valorem under paragraph 907, as amended by the trade agreements with Belgium (T. D. 47600) and the United Kingdom (T. D. 49753). Protests sustained in part.

**No. 46347.**—Protest 793093-G of Wm. Goodacre & Sons, Ltd. (Portland, Oreg.).

Opinion by KINCHELOE, J. At the hearing it was conceded that the mats in question are similar in all material respects to those the subject of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93) and they were found to be dutiable as claimed, but as a liquidation of duty had never in fact taken place and as there was no appraisement of the merchandise, the protest was dismissed upon motion of counsel, in view of section 514.

**No. 46348.**—Protests 990357–G, etc., of Quon Quon Co. (Los Angeles).

Opinion by DALLINGER, J. In accordance with stipulation of counsel that the articles in question are the same in all material respects as those the subject of Abstract 45722 they were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 46349.**—Protests 9–K, etc., of Wm. Shaland (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstracts 41633, 38680, and *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) the articles in question were held dutiable as household utensils at 40 percent under paragraph 339 as claimed.

**No. 46350.**—Protest 23927–K of Paul Hanson Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel that the tin boxes in question are similar to those the subject of Abstract 46175, the protest was sustained.

**No. 46351.**—Protests 787275–G of G. Albrecht Co. et al. (New York).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.